**Order entered December 17, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00069-CR**

**ANTONIO SALAZAR JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court of Appeals No. 2**
**Dallas County, Texas**
**Trial Court Cause No. MB17-57048-M**

**ORDER**

On November 12, 2020, we ordered court reporter Sharina Fowler to file a supplemental reporter's record of the September 20, 2019 hearing on the motion to suppress along with all exhibits offered and admitted at the hearing. We deferred ruling on the State's motion to extend time to file its brief until the supplemental reporter's record was filed.

On December 16, 2020, Ms. Fowler filed the supplemental reporter's record which is complete except for two exhibits. Ms. Fowler has contacted the Clerk of the Court and is in the process of sending CD copies of those exhibits.

We **GRANT** the State's motion and **ORDER** its brief due by January 15, 2021.

We **DIRECT** the Clerk to send copies of this order to the Honorable Pam Luther, Presiding Judge, County Criminal Court of Appeals No. 2; Sharina Fowler, court reporter, County Criminal Court of Appeals No. 2; and to counsel for all parties.

/s/    LANA MYERS
        JUSTICE